IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALIF P. GOSSETT,

       Petitioner,

vs.                                        CASE NO. 3:04cv40/RS

JAMES R. McDONOUGH, Secretary
of Department of Corrections,

       Respondent.
_____/

## ORDER

Before the court are the Magistrate Judge's Order, Amended Report and Recommendation (Document 15) and Petitioner's Objections to Order, Amended Report and Recommendation (Document 16). I have reviewed *de novo* the issue raised by Petitioner's objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Amended Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus is denied.

3. The clerk is directed to close the file.

ORDERED on May 18, 2006.

                                                 /S/ Richard Smoak
                                               **RICHARD SMOAK**
                                               **UNITED STATES DISTRICT JUDGE**